**600**

CITY OF LAWTON, OKLAHOMA, a municipal corporation, Appellant,

v.

WICHITA FINANCE AND THRIFT CO., Inc., a corporation, Appellee.

No. 5178.

United States Court of Appeals
Tenth Circuit.

Jan. 28, 1957.

Jack Cummins, Lawton, Okl. (W. W. Godlove, Lawton, Okl., on the brief), for appellant.

John Berry, Oklahoma City, Okl. (J. W. Tyree, Lawton, Okl., Wm. F. Collins, Jr. and Arthur Leach, Oklahoma City, Okl., on the brief), for appellee.

Before MURRAH and PICKETT, Circuit Judges, and RICE, District Judge.

PER CURIAM.

The judgment of the trial court is affirmed on the authority of Selected Investments Corporation v. City of Lawton, Oklahoma, 304 P.2d 967.

Jack E. SHERMAN, Harvey B. Sherman and Sarah Kotin, Appellants,

v.

UNITED STATES of America.

No. 12037.

United States Court of Appeals
Third Circuit.

Argued Jan. 22, 1957.

Decided Feb. 12, 1957.

Before BIGGS, Chief Judge, and McLAUGHLIN and HASTIE, Circuit Judges.

Stephen B. Narin, Philadelphia, Pa. (Leon Ehrlich, Ehrlich, Narin & Garfinkel, Philadelphia, Pa., on the brief), for appellants.

Davis W. Morton, Jr., Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, I. Henry Kutz, Attys., Dept. of Justice, Washington, D. C., W. Wilson White, U. S. Atty., Philadelphia, Pa., on the brief), for the United States.

PER CURIAM.

An examination of the briefs of the parties and consideration of the oral arguments convince us that the court below committed no error. Accordingly, the judgment will be affirmed on the careful findings and opinion of Judge Kraft, D.C. E.D.Pa.1956, 141 F.Supp. 369.